

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00055-CR

| | | |
|---|---|---|
| DAVID BOIMA HOFF, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1449644D) |
| V. | § | April 28, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect David Boima Hoff's plea of "not true." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack